IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**IN RE: Gary Alexander Eyton Jones**　　　　　　　　　　**CASE NO. 12-12130**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER: 7**

## NOTICE OF RESCHEDULED DISCHARGE HEARING

Notice is hereby given that a Rescheduled Discharge Hearing will be held in the U.S. Bankruptcy Court, U.S. Courthouse, 300 Fannin Street, Courtroom Four, 4th Floor, Shreveport, Louisiana, on the **May 13, 2013 at 1:30 p.m.** for the Bankruptcy Proceeding of Gary Alexander Eyton Jones bearing Bankruptcy Case Number 12-12130.

Respectfully submitted this April 4, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Glay H. Collier, II
　　　　　　　　　　　　　　　　　　　　　　　　　GLAY H. COLLIER, II #18578
　　　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR
　　　　　　　　　　　　　　　　　　　　　　　　　920 PIERREMONT, STE 511
　　　　　　　　　　　　　　　　　　　　　　　　　SHREVEPORT, LA 71106
　　　　　　　　　　　　　　　　　　　　　　　　　(318) 861-6866

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Gary Alexander Eyton Jones  CASE NO. 12-12130
CHAPTER: 7

**CERTIFICATE OF SERVICE**

I, the undersigned, DO HEREBY CERTIFY that the following individuals and entities were given notice of the Rescheduled Discharge Hearing and were served on this date by placing a copy of the same in the United States Mail, postage prepaid, and addressed as follows:

**Gary Alexander Eyton Jones**
113 South Parkridge Drive
Benton, LA 71006

*Trustee*
**John S. Hodge**
P.O. Box 13
Shreveport, LA 71161

*U.S. Trustee*
**Office of U. S. Trustee**
300 Fannin St., Suite 3196
Shreveport, LA 71101

All those shown on the attached mailing matrix.

Shreveport, Louisiana this April 4, 2013.

/s/ Glay H. Collier,II
GLAY H. COLLIER, II #18578
ATTORNEY FOR DEBTOR
920 PIERREMONT, STE 511
SHREVEPORT, LA 71106
(318) 861-6866

**Amex**
Po Box 297871
Fort Lauderdale, FL 33329

**Bank Of America, N.a.**
450 American St
Simi Valley, CA 93065

**Bossier Fcu**
1961 Airline Dr
Bossier City, LA 71112

**Bossier Parish Sheriff's Office**
204 Burt Blvd.
Benton, LA 71006

**Cap1/bstby**
Po Box 5253
Carol Stream, IL 60197

**Exxmblciti**
Citibank Credit Dispute Unit
Sioux Falls, SD 57117

**Gecrb/lowes**
Po Box 103065
Roswell, GA 30076

**Kay Jewelers**
375 Ghent Rd
Fairlawn, OH 44333

**Sears/cbna**
Po Box 6282
Sioux Falls, SD 57117

**Springleaf Financial S**
1888 Airline Dr
Bossier City, LA 71112